# Stevens & Lee

919 North Market Street, Suite 1300
Wilmington, DE  19801
(302) 654-5180
www.stevenslee.com

T:  (302) 425-2608
F:  (610) 988-0838
melissa.donimirski@stevenslee.com

January 12, 2024

**VIA ELECTRONIC FILING**
Randall C. Lohan
Clerk of the Court
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

**Re:  CIMONTUBO-TUBAGENS  E  SOLDADURA,  LDA.,  v.  PETROLEOS  DE
VENEZUELA, S.A. and PDVSA PETROLEO, S.A., Registration of Judgment from
Another District**

Dear Mr. Lohan:

We  write  on  behalf  of  Cimontubo-Tubagens  E  Soldadura,  LDA  ("Cimontubo"  or
"Plaintiff"),  plaintiff  in  the  matter  *Cimontubo-Tubagens  E  Soldadura,  LDA.,  v.  Petroleos  De
Venezuela, S.A. and PDVSA Petroleo, S.A*, No. 1:20-cv-05382-GBD-GWB in the District Court
for  the  Southern  District  of  New  York,  in  which  a  final  judgment  was  entered  in  favor  of
Cimontubo on November 20, 2021.

Enclosed  please  find  the  following  documents  issued  by  the  Clerk  of  the  United  States
District Court for the Southern District of New York: (i) an original Clerk's Certification of a
Judgment to be Registered in Another District; and (ii) a certified copy of Judgment in the above-
referenced  action.  We  accordingly  respectfully  request  that  you  register  this  judgment  in  the
District of Delaware pursuant to 28 U.S.C. § 1963.

To the extent this matter requires a judicial assignment, we further request  that  this  matter
be  assigned to Judge Stark because it is related to other actions against the Bolivarian Republic of
Venezuela and related defendants currently pending before Judge Stark.

Below is a list of other actions against the Bolivarian Republic of Venezuela and related
defendants currently pending before Judge Stark:

1:17-mc-00151-LPS
1:19-mc-00290-LPS
1:20-mc-00257-LPS
1:21-mc-00018-LPS
1:21-mc-00340-LPS
1:21-mc-00481-LPS

Allentown   •   Bergen County   •   Bala Cynwyd   •   Fort Lauderdale   •   Harrisburg   •   Lancaster   •   New York
Philadelphia   •   Princeton   •   Reading   •   Rochester   •   Scranton   •   Valley Forge   •   Wilkes-Barre   •   Wilmington
A PROFESSIONAL CORPORATION

# Stevens&Lee

January 12, 2024
Page 2


1:22-mc-00156-LPS
1:22-mc-00347-LPS
1:22-mc-00131-LPS
1:22-mc-00263-LPS
1:23-mc-00298-LPS
1:23-mc-00340-LPS
1:23-mc-00360-LPS
1:23-mc-00361-LPS
1:23-mc-00379-LPS
1:23-mc-00378-LPS
1:22-cv-01315-LPS


     Please let me know if you need any further information. Thank you in advance for your attention to this matter.


Respectfully,

*/s/ Melissa N. Donimirski*

Melissa N. Donimirski (# 4701)


MND:arg
Encls.

AO 451  (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

| | |
|---|---|
| Cimontubo-Tubagens E Soldadura, LDA ) | |
| *Plaintiff* ) | Civil Action  No. 1:20-cv-05382-GBD-GWB |
| v. ) | |
| Petroleos De Venezuela, S.A. et al. ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* _____11/30/2021_____ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  _____01/11/2024_____

CLERK OF COURT

_____
*Signature of ~~Clerk or~~ Deputy Clerk*

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 11/30/2021           │
└─────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CIMONTUBO-TUBAGENS E SOLDADURA,
LDA,

                Plaintiff,

      -against-

PETROLEOS DE VENEZUELA, S.A. and
PDVSA PETROLEO, S.A.,
                Defendants.
-------------------------------------------------------------X

20 **CIVIL** 5382 (GBD)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision and Order dated November 29, 2021, Magistrate

Judge Gorenstein's Report is ADOPTED in its entirety, except an additional $56,692.13 in

attorney's fees is entered for the Plaintiff. Thus, final judgment is entered ordering Defendant to

pay Plaintiff: (1) $45,424,081.20, plus an amount representing pre-judgment interest to be

calculated by the Clerk at the rate of $8,919.02 per day starting on April 3, 2021, through the

date judgment is entered, in the amount of $2,149,483.82; (2) $176,510.13 in attorney's fees; (3)

$4,715.35 in costs. Post-judgment interest should accrue at the rate of $8,919.02 per day.

**Dated:** New York, New York
       November 30, 2021

                                 **RUBY J. KRAJICK**

                                 **Clerk of Court**

BY:           _K/Marego_

                           **Deputy Clerk**

                               CERTIFIED AS A TRUE COPY ON

                               THIS DATE __1/11/2024__

                               BY_____

                                  ( ) Clerk
                                  (✓) Deputy