**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| CIMONTUBO-TUBAGENS E SOLDADURA, LDA<br><br>Plaintiff,<br><br>v.<br><br>PETROLEOS DE VENEZUELA, S.A. and PDVSA PETROLEO, S.A.,<br><br>Defendants. | Case No. 1:24-mc-00018-UNA |
| CRYSTALLEX INTERNATIONAL CORP.,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Case No. 1:17-mc-00151-LPS |

**ATTACHED JUDGMENT STATEMENT OF CIMONTUBO - TUBAGENS E SOLDADURA, LDA'S ADDITIONAL JUDGMENT CREDITOR STATEMENT**

Cimontubo – Tubagens e Soldadura, LDA ("Cimontubo") hereby submits this Attached Judgment Statement pursuant to the Sixth Revised Proposed Order (a) Establishing Sale and Bidding Procedures, (b) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (c) Affirming Retention of Evercorse as Investment Banker by Special Master and (d) Regarding Related Matters (D.I. 481 in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 1:17-MC-151-LPS ("*Crystallex*")); the Special Master's August

1

7, 2023 Letter to Holders of Judgments, (*Crystallex* D.I. 652), and this Court's August 7, 2023 Oral Order adopting the Special Master's guidance, (*Id*. D.I. 654).

## REQUESTED INFORMATION

1.  Summary of the Parties' Underlying Dispute

Cimontubo, a Portuguese company, was the holder of a promissory note in the amount of $35,720,631.43 (the "Promissory Note") executed by Petróleos de Venezuela S.A. ("PDVSA"), a company owned by, and incorporated under, the Bolivarian Republic of Venezuela. The Promissory Note terms are governed by a Note Agreement dated December 22, 2016, between Cimontubo, as Initial Noteholder, and PDVSA as Issuer, with PDVSA Petróleo, S.A. ("Petróleo" and, together with PDVSA, the "Defendants") serving as Guarantor. PDVSA made the first four required interest payments to Cimontubo but thereafter defaulted on the two notes.

On June 11, 2020, Cimontubo commenced an action in the New York County Supreme Court against Defendants. PDVSA and Petróleo subsequently removed that action to the District Court for the Southern District of New York (the "District Court"). On March 4, 2021, the District Court issued a decision and order granting Cimontubo's motion for summary judgment finding that Cimontubo had met its *prima facie* burden by establishing proof of the Note Agreement, the Promissory Note, and the existence of Petróleo's guaranty, and that Defendants had not contested the validity of those agreements and their obligations thereunder. Accordingly, the District Court awarded Cimontubo damages, and referred calculation of attorneys' fees, costs, and pre- and post-judgment interest against defendants to the Magistrate Judge assigned to the case.

On November 29, 2021, the District Court adopted the Magistrate Judge's Report and Recommendation regarding attorneys' fees, costs, and interest. The following day, final judgment was entered ordering Defendants to pay Cimontubo $45,424,081.20 in damages, prejudgment

interest in the amount of $2,149,483.82, attorneys' fees in the amount of $176,510.13, costs in the amount of $4,715.35, and post judgment interest to accrue at a rate of $8,929.02 per day (the "SDNY Judgment"). The SDNY Judgment is Ex. A hereto.

2. Collection Efforts by Judgment Holder to Date

Following entry of the SDNY Judgment, Defendants appealed the matter to the Second Circuit. The Second Circuit affirmed the SDNY Judgment. (Ex. B hereto). After the appeal process had been exhausted, Cimontubo obtained exemplified copies of the Judgment in order to attempt to execute upon it. Cimontubo was able to domesticate the Judgment in Portugal, but has thus far been unsuccessful in locating assets held by Defendants for purposes of executing up and satisfying the Judgment.

3. Initial Amount of Judgment.

As set forth more fully in Exhibit A, the initial amount of the SDNY Judgment is set forth below.

| Damages Amount | $45,424,081.20 |
| Pre-Judgment Interest Amount | $2,149,483.82 |
| Attorneys' Fees | $176,510.13 |
| Costs | $4,715.35 |
| **Total Initial Amount of Judgment** | **$47,754,790.50** |

4. Reduction of Initial Judgment Amount Resulting From Collection Efforts.

None.

5. Post-Judgment Interest Rate.

The SDNY Judgment sets forth a Post-Judgment Interest Rate of $8,929.02 per day. Accordingly, as of December 1, 2021, the Post-Judgment Interest amount is $6,893,203.44 (8,929.02 x 772 days).

3

**REQUESTED SUPPORTING DOCUMENTATION**

1. A signed declaration, substantially in the form of Ex. A to the Special Master's Letter (*Crystallex*, D.I. 652) is Ex. C hereto.

2. A copy of the Judgment is Ex. A hereto.

3. A copy of the affirmance of the Second Circuit is Ex. B hereto.

/s/ Melissa N. Donimirski
Melissa N. Donimirski (#4701)
Alexis R. Gambale (#7150)
**STEVENS & LEE, P.C.**
919 N. Market Street, Suite 1300
Wilmington, DE 19801
T: (302) 425-2619
melissa.donimirski@stevenslee.com
alexis.gambale@stevenslee.com

*Attorneys for Plaintiff-Judgment Creditor
Cimontubo - Tubagens E Soldadura, Lda*

Dated: January 12, 2024